## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN McCLENDON,            )     No. 2:06-cv-1446
                            )
      Plaintiff,             )
                            )
      v.                     )
                            )
THE HARTFORD FINANCIAL SERVICES      )
GROUP, INC., d/b/a HARTFORD ACCIDENT   )
& INDEMNITY COMPANY,         )
                            )
      Defendant.            )

## STIPULATION FOR DISMISSAL OR SETTLEMENT OF CASE

We the attorneys for the respective parties do hereby stipulate that the

above referenced matter be settled and discontinued and that the Court may

enter an order accordingly, notice by the Clerk being hereby waived.

                       _s/Wayne M. Chiurazzi_____
                       Wayne M. Chiurazzi, Esquire
                       Attorney for Plaintiff

                       _s/Daniel L. Rivetti_____
                       Daniel L. Rivetti, Esquire
                       Attorney for Defendant

AND NOW, this _26th_ day of _March_____, 2007 IT IS

SO ORDERED.

                     UNITED STATES DISTRICT JUDGE